Form fdcre13

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 01−80098

IN THE MATTER OF:
Mary Ella Stephens     xxx−xx−2928
aka Mary Stephens Dockery
3809 Townsend Street
Durham, NC 27704

    Debtor(s)

## FINAL DECREE

    **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

    **ORDERED** that Richard M. Hutson II , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

    **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 7/8/04                                                                                                       James B. Wolfe Jr.
                                                                                                               U.S Bankruptcy Judge